UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| Deborah A . Polzin, | ) | Case No.  04 B 44996 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |

### NOTICE OF FILING OF U.S. TRUSTEE'S CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT

To:   **Michael Berland, Esq.**
　　　One North La Salle Street
　　　Chicago, IL 60602
　　　einstein829@earthlink.net

**Please Take Notice** that on October 12, 2007, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

### REQUEST FOR NOTICE

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice  be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's Final Report.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

DATED:   October 12, 2007　　　　　　BY:　　/s/  Dean Harvalis
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Trustee
　　　　　　　　　　　　　　　　　　　　　　　　OFFICE OF THE U.S. TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　227 WEST MONROE, SUITE 3350
　　　　　　　　　　　　　　　　　　　　　　　　CHICAGO, ILLINOIS  60606
　　　　　　　　　　　　　　　　　　　　　　　　(312) 886-5785

### CERTIFICATE OF SERVICE

I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on October 12, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Dean Harvalis