UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Deborah A. Polzin, | ) | Case No. 04 - 44996 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |
| | ) | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Will County Court Annex
          57 N. Ottawa Street, Room 201
          Joliet, Illinois 60432

    On:   **January 11, 2008**
    At:   **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    |   |   |   |   |
    |---|---|---|---|
    | a. | Receipts | | $10,143.34 |
    | b. | Disbursements | | $   500.00 |
    | c. | Net Cash Available for Distribution | | $ 9,643.34 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Michael G. Berland, Trustee | $0 | $1,764.33 | $16.00 |

5. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed Priority Claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $5,104.70 have been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%.

Allowed general unsecured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Vein Clinics of America | $2,701.00 | $2,701.00 |
| 1 Interest | Vein Clinics of America | $ 213.85 | $ 213.85 |
| 2 | Dr. Gary Johnson | $ 421.85 | $ 421.85 |
| 2 Interest | Dr. Gary Johnson | $ 33.40 | $ 33.40 |
| 3 | Joliet Medical Group | $ 304.81 | $ 304.81 |
| 3 Interest | Joliet Medical Group | $ 24.13 | $ 24.13 |
| 4 | Law Office of D. James Bader PC | $1,232.50 | $1,232.50 |
| 4 Interest | Law Office of D. James Bader PC | $ 97.58 | $ 97.58 |
| 5 | Nicor Gas | $ 444.64 | $ 444.64 |
| 5 Interest | Nicor Gas | $ 35.20 | $ 35.20 |
| Surplus | Deborah A. Polzin | $2,354.05 | $2,354.05 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee does not propose to abandon property at the hearing.

Dated: **December 4, 2007**              For the Court,

By: **KENNETH S. GARDNER**
 Kenneth S . Gardner
 Clerk of the United states Bankruptcy Court
 219 South Dearborn, street, 7th Floor
 Chicago, IL 60604

Trustee:   Michael Berland, Esq.
   One North La Salle Street
   Suite 1775
   Chicago, IL 606u02
   einstein829@earthlink.net

Phone No.   (312) 855-1272