UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Deborah A. Polzin, | ) | Case No. 04 - 44996 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |
| | ) | |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Will County Court Annex
          57 N. Ottawa Street, Room 201
          Joliet, Illinois 60432

    On:   **January 11, 2008**
    At:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | | | |
    |---|---|---|---|
    | | a. | Receipts | $10,143.34 |
    | | b. | Disbursements | $   500.00 |
    | | c. | Net Cash Available for Distribution | $ 9,643.34 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Michael G. Berland, Trustee | $0 | $1,764.33 | $16.00 |

5. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed Priority Claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $5,104.70 have been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%.

Allowed general unsecured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Vein Clinics of America | $2,701.00 | $2,701.00 |
| 1 Interest | Vein Clinics of America | $ 213.85 | $ 213.85 |
| 2 | Dr. Gary Johnson | $ 421.85 | $ 421.85 |
| 2 Interest | Dr. Gary Johnson | $ 33.40 | $ 33.40 |
| 3 | Joliet Medical Group | $ 304.81 | $ 304.81 |
| 3 Interest | Joliet Medical Group | $ 24.13 | $ 24.13 |
| 4 | Law Office of D. James Bader PC | $1,232.50 | $1,232.50 |
| 4 Interest | Law Office of D. James Bader PC | $ 97.58 | $ 97.58 |
| 5 | Nicor Gas | $ 444.64 | $ 444.64 |
| 5 Interest | Nicor Gas | $ 35.20 | $ 35.20 |
| Surplus | Deborah A. Polzin | $2,354.05 | $2,354.05 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.   Debtor has been discharged.

10.  The Trustee does not propose to abandon property at the hearing.

Dated: **December 4, 2007**                              For the Court,

By: **KENNETH S. GARDNER**
 Kenneth S . Gardner
 Clerk of the United states Bankruptcy Court
 219 South Dearborn, street, 7th Floor
 Chicago, IL 60604

Trustee:    Michael Berland, Esq.
            One North La Salle Street
            Suite 1775
            Chicago, IL 606u02
            einstein829@earthlink.net

Phone No.   (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

...996   Doc 24   Filed 12/04/07   Entered 12/07/07 00:09:12   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Dec 04, 2007
Case: 04-44996                Form ID: pdf002          Total Served: 27

The following entities were served by first class mail on Dec 06, 2007.
db          +Deborah A Polzin,    412 Rockhurst Rd,    Bolingbrook, IL 60440-2439
aty         +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
              Wheaton, IL 60187-4547
tr          +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
8748432     +ABN AMRO,    2600 W. Big Beaver Rd.,    Troy, MI 48084-3323
8748433     +Capital One,    PO Box 60000,    Seattle, WA 98190-6000
8748434     +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
8748436     +Cingular Wireless,    P O Box 740933,    Dallas, TX 75374-0933
8748438     +Donna Van Dyke,    10616 Ridge Dr.,    Chicago Ridge, IL 60415-1831
8748439     +Dr. Gary Johnson,    3033 W. Ogden Ave.,    Lisle, IL 60532-1692
8748440     +Education Direct,    925 Oak Street,    Scranton, PA 18515-0999
8748441      Edward Morrison,    Law Offices of J. Bader,    2024 Hickory, Ste. 300,    PO Box 1027,
              Olympia Fields, IL 60461
8748442     +Fashion Bug,    745 Center St.,    Milford, OH 45150-1324
8748443     +GTC,    PO Box 1680,    Costa Mesa, CA 92628-1680
8748445     +HFC,    PO Box 8633,    Elmhurst, IL 60126-8633
8748444     +Hennepin City Medical,    c/o Allied Interstate,    800 Interchange West,    435 Ford Road,
              Minneasota, MN 55426-1063
8748446     +JC Penneys,    PO Box 981131,    El Paso, TX 79998-1131
8748447     +Joliet Medical Group,    2100 Glenwood Ave.,    Joliet, IL 60435-5696
9370349     +Law Offices of D James Bader PC,    D James Bader,    2024 Hickory Rd,    Suite 300, P O Box 1027,
              Homewood, IL 60430-2125
8748449     +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
8748450     +Spiegal,    9310 SW Gemini Dr.,    Beaverton, OR 97078-0001
8748451     +Sprint,    PO Box 650270,    Dallas, TX 75265-0270
8748452    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    4801 Fredericka St.,    Owensboro, KY 42301)
8748453     +Van Dyke Industries,    2625 Federal Signal Dr.,    University Park, IL 60466-4104
8748454     +Vein Clinics of America,    1101 Perimeter Dr.,    Schaumburg, IL 60173-5844

The following entities were served by electronic transmission on Dec 05, 2007.
8748437     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
              c/o Revenue Management,    2100 Swift Dr.,    Oakbrook, IL 60523-1559
8748448     +E-mail/Text: bankrup@nicor.com                            Nicor,    PO Box 310,
              Aurora, IL 60507-0310
9437063     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P O Box 549,
              Aurora, IL 60507-0549
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8748435*    +Capital One,    Po Box 85015,    Richmond, VA 23285-5015
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2007**                    **Signature:**   _Joseph Speetjens_