IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **DEBORAH POLZIN** | ) | No.  04 B 44996 |
| Debtors.) | | Chapter 7 |
| | ) | Honorable BRUCE W. BLACK |
| | | (JOLIET) |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
 BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance\
with the Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, a copy of which is attached as Exhibit "A"

    All checks have been cashed. The Form 2 is attached as Exhibit
"B".

The Trustee certifies that the estate has been fully administered,
requests that he be discharged, and the case closed pursuant to 11
U.S.C. §350.

                                 /s/ Michael G. Berland Trustee

Dated: 10/30/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
POLZIN, DEBORAH A

Debtor(s)

CHAPTER 7 CASE

CASE NO. 04-44996 BL

JUDGE Bruce W. Black(Joliet)

## DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,780.33 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,122.85 |
| Tardily-Filed Unsecured Claims: | $ 1,981.95 |
| Post-Petition Interest: | $ 404.16 |
| Surplus to Debtor: | $ 2,381.77 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 9,671.06 |

EXHIBIT A 

**DISTRIBUTION REPORT**  **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 1,780.33 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MICHAEL G. BERLAND | 1,764.33 | 1,764.33 |
| | MICHAEL G. BERLAND | 16.00 | 16.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

EXHIBIT A

**DISTRIBUTION REPORT**  **PAGE 2**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |

EXHIBIT 

DISTRIBUTION REPORT PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 3,122.85 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Vein Clinics of America | 2,701.00 | 2,701.00 |

EXHIBIT B

DISTRIBUTION REPORT   PAGE 4

| | | | |
|---|---|---:|---:|
| 2 | Dr. Gary Johnson | 421.85 | 421.85 |
| | | TOTAL $ | 3,122.85 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| Subordinated unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(3) - Late unsecured claims | | $ 1,981.95 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 3 | Joliet Medical Group | 304.81 | 304.81 |
| 4 | Law Offices of D James Bader PC | 1,232.50 | 1,232.50 |
| 5 | Nicor Gas | 444.64 | 444.64 |
| | | TOTAL $ | 1,981.95 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(5) - Interest | | $ 404.16 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

EXHIBIT B

## DISTRIBUTION REPORT                                    PAGE 5

| | | | |
|---|---|---:|---:|
| 1I | Vein Clinics of America | 213.85 | 213.85 |
| 2I | Dr. Gary Johnson | 33.40 | 33.40 |
| 3I | Joliet Medical Group | 24.13 | 24.13 |
| 4I | Law Offices of D James Bader PC | 97.58 | 97.58 |
| 5I | Nicor Gas | 35.20 | 35.20 |
| | | TOTAL $ | 404.16 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $ 2,381.77 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 6 | Debroah Polzin | 27.72 | 27.72 |
| SURPLUS | POLZIN, DEBORAH A | 2,354.05 | 2,354.05 |
| | TOTAL $ | | 2,381.77 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

EXHIBIT 

**DISTRIBUTION REPORT**                                                              **PAGE 6**

DATED: <u>January 15, 2008</u>           <u>/s/Michael G. Berland</u>
                                        MICHAEL G. BERLAND, Trustee

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:     CHAPTER 7 CASE
POLZIN, DEBORAH A

CASE NO. 04-44996 BL

JUDGE Bruce W. Black(Joliet)

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,764.33 |
| 2. | Trustee's expenses | $ | 16.00 |
| | TOTAL | $ | 1,780.33 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   - a. Compensation    $ 0.00
   - b. Expenses    $ 0.00
   - c. Chapter 11 Compensation    $ 0.00
   - d. Chapter 11 Expenses    $ 0.00
2. Accountant for the Trustee

1

|  |  |  |
|---|---|---|
| a. Compensation | $ | 0.00 |
| b. Expenses | $ | 0.00 |
| c. Chapter 11 compensation | $ | 0.00 |
| d. Chapter 11 Expenses | $ | 0.00 |

3. Other Professionals

TOTAL   $            0.00

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this _____ day of _____, 200 ___.    JAN 1 1 2008

BRUCE W. BLACK, BANKRUPTCY
UNITED STATES BANKRUPTCY COURT

ENTERED _____
Bruce W. Black
UNITED STATES BANKRUPTCY JUDGE

2

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-44996 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | POLZIN, DEBORAH A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | 13-7452834 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/08 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/05 | {5} | Donna Van Dyke | Paymenbt of settlement sum for stock in Van Dyke Industries | 1129-000 | 10,000.00 | | 10,000.00 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.21 | | 10,002.21 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.97 | | 10,005.18 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 3.19 | | 10,008.37 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.47 | | 10,011.84 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 3.83 | | 10,015.67 |
| 09/16/05 | 1001 | Gloria Longest | Payment of accountant for tax returns pursuant court order | 3410-000 | | 500.00 | 9,515.67 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 3.88 | | 9,519.55 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.13 | | 9,523.68 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.31 | | 9,527.99 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.77 | | 9,532.76 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.37 | | 9,538.13 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.12 | | 9,543.25 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.68 | | 9,548.93 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.05 | | 9,554.98 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.49 | | 9,561.47 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.29 | | 9,567.76 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.50 | | 9,574.26 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.51 | | 9,580.77 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.08 | | 9,586.85 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.72 | | 9,593.57 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.30 | | 9,599.87 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.09 | | 9,605.96 |

Subtotals: $10,105.96  $500.00

{} Asset reference(s)

Exhibit B

Printed: 10/30/2008 12:08 PM  V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-44996 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | POLZIN, DEBORAH A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | 13-7452834 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.40 | | 9,612.36 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.79 | | 9,617.15 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.13 | | 9,622.28 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.30 | | 9,627.58 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.31 | | 9,632.89 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.97 | | 9,637.86 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.48 | | 9,643.34 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.32 | | 9,648.66 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.80 | | 9,653.46 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.67 | | 9,659.13 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.02 | | 9,664.15 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.92 | | 9,669.07 |
| 01/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 1.99 | | 9,671.06 |
| 01/14/08 | | To Account #********4067 | Tranfser for purpose of final distribution | 9999-000 | | 9,671.06 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,171.06 | 10,171.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,671.06 | |
| | | | **Subtotal** | | 10,171.06 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,171.06** | **$500.00** | |

{} Asset reference(s)    Printed: 10/30/2008 12:08 PM    V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-44996 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | POLZIN, DEBORAH A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*40-66 - Checking Account |
| Taxpayer ID #: | 13-7452834 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/29/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/15/08 | | From Account #\*\*\*\*\*\*\*\*4067 | Transfer for purpose of final distribution | 9999-000 | 9,671.20 | | 9,671.20 |
| 01/16/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,764.33, Trustee Compensation; Reference: | 2100-000 | | 1,764.33 | 7,906.87 |
| 01/16/08 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $16.00, Trustee Expenses; Reference: | 2200-000 | | 16.00 | 7,890.87 |
| 01/16/08 | 103 | Vein Clinics of America | Dividend paid 100.00% on $2,701.00; Claim# 1; Filed: $2,701.00; Reference: | 7100-000 | | 2,701.00 | 5,189.87 |
| 01/16/08 | 104 | Dr. Gary Johnson | Dividend paid 100.00% on $421.85; Claim# 2; Filed: $421.85; Reference: | 7100-000 | | 421.85 | 4,768.02 |
| 01/16/08 | 105 | Joliet Medical Group | Dividend paid 100.00% on $304.81; Claim# 3; Filed: $304.81; Reference: | 7200-000 | | 304.81 | 4,463.21 |
| 01/16/08 | 106 | Law Offices of D James Bader PC | Dividend paid 100.00% on $1,232.50; Claim# 4; Filed: $1,232.50; Reference: | 7200-000 | | 1,232.50 | 3,230.71 |
| 01/16/08 | 107 | Nicor Gas | Dividend paid 100.00% on $444.64; Claim# 5; Filed: $444.64; Reference: | 7200-000 | | 444.64 | 2,786.07 |
| 01/16/08 | 108 | Vein Clinics of America | Dividend paid 100.00% on $213.85; Claim# 1I; Filed: $213.85; Reference: | 7990-000 | | 213.85 | 2,572.22 |
| 01/16/08 | 109 | Dr. Gary Johnson | Dividend paid 100.00% on $33.40; Claim# 2I; Filed: $33.40; Reference: | 7990-000 | | 33.40 | 2,538.82 |
| 01/16/08 | 110 | Joliet Medical Group | Dividend paid 100.00% on $24.13; Claim# 3I; Filed: $24.13; Reference: | 7990-000 | | 24.13 | 2,514.69 |
| 01/16/08 | 111 | Law Offices of D James Bader PC | Dividend paid 100.00% on $97.58; Claim# 4I; Filed: $97.58; Reference: | 7990-000 | | 97.58 | 2,417.11 |
| 01/16/08 | 112 | Nicor Gas | Dividend paid 100.00% on $35.20; Claim# 5I; Filed: $35.20; Reference: | 7990-000 | | 35.20 | 2,381.91 |
| 01/16/08 | 113 | Debroah Polzin | Dividend paid 100.00% on $27.72; Claim# 6; | 8200-000 | | 27.72 | 2,354.19 |

Subtotals: $9,671.20　$7,317.01

{} Asset reference(s)　　Printed: 10/30/2008 12:08 PM　V.10.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 04-44996 BL | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** POLZIN, DEBORAH A | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | **Account:** | \*\*\*-\*\*\*\*\*40-66 - Checking Account |
| **Taxpayer ID #:** 13-7452834 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 10/29/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/08 | 114 | POLZIN, DEBORAH A | Filed: $0.00; Reference:<br>Dividend paid 100.00% on $2,354.05; Claim#<br>SURPLUS; Filed: $2,354.05; Reference: | 8200-000 | | 2,354.05 | 0.14 |
| 06/12/08 | | Chase Bank | Write off of $.14 | 1290-000 | -0.14 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,671.06 | 9,671.06 | $0.00 |
| | | | Less: Bank Transfers | | 9,671.20 | 0.00 | |
| | | | **Subtotal** | | -0.14 | 9,671.06 | |
| | | | Less: Payments to Debtors | | | 2,381.77 | |
| | | | **NET Receipts / Disbursements** | | $-0.14 | $7,289.29 | |

{} Asset reference(s)

Printed: 10/30/2008 12:08 PM    V.10.54

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 04-44996 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | POLZIN, DEBORAH A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****40-67 - Money Market Account |
| Taxpayer ID #: | 13-7452834 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/29/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/08 | | From Account #********4065 | Transfer for purpose of final distribution | 9999-000 | 9,671.06 | | 9,671.06 |
| 01/15/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 0.14 | | 9,671.20 |
| 01/15/08 | | To Account #********4066 | Transfer for purpose of final distribution | 9999-000 | | 9,671.20 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 9,671.20 | 9,671.20 | $0.00 |
| Less: Bank Transfers | 9,671.06 | 9,671.20 | |
| Subtotal | 0.14 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.14 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****40-65 | 10,171.06 | 500.00 | 0.00 |
| Checking # ***-*****40-66 | -0.14 | 7,289.29 | 0.00 |
| MMA # ***-*****40-67 | 0.14 | 0.00 | 0.00 |
| | $10,171.06 | $7,789.29 | $0.00 |

{} Asset reference(s)